Justice J. Brooks, I, OSB #190014
E-Mail: justice.brooks@foster.com
Dan Youngblut, OSB #211148
E-Mail: dan.youngblut@foster.com
FOSTER GARVEY PC
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

Attorneys for First Business Bank

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| FIRST BUSINESS BANK,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFIC NW PROFESSIONAL DRIVING LLC, an Oregon limited liability company, and CLOVER TRANSPORT INC., an Oregon corporation,<br><br>        Defendants. | Case No. 3:24-cv-01033-JR<br><br>STIPULATED ORDER |

This Court, having reviewed and considered the Stipulated Motion for Entry of Judgment ("Stipulated Motion") by Plaintiff First Business Bank and Defendants Pacific NW Professional and Driving LLC and Clover Transport Inc. and being otherwise informed,

HEREBY grants the Stipulated Motion.

DATED this 30th day of September, 2024.

                                                       /s/ Jolie A. Russo
                                                     Hon. Jolie A. Russo
                                                     U.S. Magistrate Judge

STIPULATED BY:

| FOSTER GARVEY PC | ELEVATE LAW GROUP |
|---|---|
| By *s/ Justice J. Brooks, I* | By *s/ Nicholas J. Henderson* |
| Justice J. Brooks, I, OSB #190014 | Nicholas J. Henderson, OSB #074027 |
| Dan Youngblut, OSB #211148 | 6000 Meadows Rd Ste 450 |
| Telephone: (503) 228-3939 | Lake Oswego OR 97035 |
| justice.brooks@foster.com | Portland, OR 97204 |
| dan.youngblut@foster.com | Telephone: (503) 417-0508 |
| | nick@elevatelawpdx.com |
| *Attorneys for Plaintiff First Business Bank* | *Attorneys for Defendants Pacific NW Professional Driving LLC and Clover Transport Inc.* |